# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>ALBERTO NORIEGA-PEREZ,<br><br>                       Defendant. | CASE NO. 06cr2268 JM<br><br>ORDER DENYING MOTIONS FOR RECUSAL; TO DISQUALIFY ENTIRE U.S. ATTORNEY'S OFFICE; CHANGE OF VENUE; DISQUALIFY CJA PANEL ATTORNEYS; TO BE RELEASED ON BAIL; AND TO DISMISS CHARGES FOR OUTRAGEOUS GOVERNMENT CONDUCT |

      For the second time, the court addresses the following motions brought by Defendant <u>in propria persona</u> and filed on or about November 27, 2007: motion for recusal, motion to disqualify entire U.S Attorney's office; motion for change of venue; motion to disqualify all CJA attorneys; motion to be released on bail; and motion to dismiss based upon outrageous government conduct. On November 5, 2007 the court struck these same motions from the docket on the ground that it is inappropriate for a represented party to appear <u>in propria persona</u>. L.R. 83.3(g)(1).

      By way of background, on or about September 6, 2007 Defendant moved to dismiss his second court appointed attorney, Mr. Robert Garcia. Following Defendant's request for dismissal of his attorney, the court conducted several status conferences concerning Defendant's representation. At the time of the status conference on

November 29, 2007, Defendant withdrew all motions and expressed satisfaction with his current representation. Defendant filed the above identified motions in the interim period during which his representation was at issue. As Defendant has now withdrawn all motions, the court denies the motions as moot.

**IT IS SO ORDERED.**

DATED: November 30, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties