# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>ALBERTO NORIEGA PEREZ,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 06cr2268 JM<br><br>ORDER STRIKING DOCKET NOS. 122, 125, 127 and 128 |

On the Court's own motion, the Clerk of Court is instructed to strike Docket Nos. 122, 125, 127, and 128 from the Court's Docket. A represented party generally may not appear on the party's own behalf "unless an order of substitution shall first have been made by the court." L.R. 83.3(g)(1). As the court has not granted Defendant leave for self-representation, the Clerk of Court is instructed to strike Docket Nos. 122, 125, 127, and 128.

**IT IS SO ORDERED.**

DATED: September 23, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　06cr2268