FILED
2009 MAR 16 PM 4:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

OF THE SOUTHER DISTRICT OF CALIFORNIA

DISTRICT JUDGE JEFFREY T. MILLER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANCHEZ-PERFINO, et al.,<br><br>    Defendants. | Case No.: 06 cr 2268<br>Hon: Jeffrey T. Miller<br><br>ORDER GRANTING PERMISSION TO SUBMIT INTERIM BILLINGS AND TO EXCEED THE CJA $1,500.00 GUIDELINE. |

## ORDER

IT IS ORDERED that the Gayle Mayfield-Venieris be allowed to submit interim billings for material witnesses Jesus Lupercio-Avila, Cesar Galicia-Hernandez, Armando Najera-Diaz, Josue Zavala-Benitez, and Aureliano Angulo-Galaviz. Furthermore, payment is authorized for the amounts in excess of the $1,500.00 CJA guideline for the vouchers relating to material witnesses Josue Zavala-Benitez and Aureliano Angulo-Galaviz

Dated: 3/13/09

Hon. Jeffrey T. Miller
U.S. District Judge