UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALBERTO NORIEGA-PEREZ,<br><br>    Defendant | Criminal Case Number: 06 cr 2268-JM<br><br>**ORDER GRANTING APPLICATION FOR AN ORDER SHORTENING TIME TO FILE MOTIONS** |

**GOOD CAUSE HAVING BEEN SHOWN** it is hereby ordered that the Clerk of the Court shall file the motions filed as Docket Entry 189 in this case.

**SO ORDERED.**

Dated:    May 18, 2009

HON. JEFFREY T. MILLER,
U.S. District Court Judge

-    06 cr 2268-JM