UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR2268-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO STRIKE DOCUMENT NO.** |
| v. | ) | **199** |
| | ) | |
| ALBERTO NORIEGA-PEREZ (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Document No. 199 in the above-referenced case be struck from the docket.

**SO ORDERED.**

DATED: September 24, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge