UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTO NORIEGA-PEREZ ,<br><br>    Defendant | Case Number: 06 cr 2268-JM<br><br>**ORDER GRANTING EX PARTE REQUEST FOR INTERIM PAYMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled application for interim payments by counsel.   Thus, THIS COURT ORDERS the interim payment of CJA fees, costs, and expenses to counsel for Mr. Noriega.

**SO ORDERED.**

Dated:    December 11, 2009

HON. JEFFREY T. MILLER,
U.S. District Court Judge

- 06 cr 2268-JM